Dismissed and Memorandum Opinion filed September 29, 2005









Dismissed and Memorandum Opinion filed September 29,
2005.

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-05-00964-CR

____________

 

LLOYD BENNIE
FULLER, Appellant

 

V.

 

THE STATE OF TEXAS, Appellee

 



 

On Appeal from the
208th District Court

Harris County,
Texas

Trial Court Cause No. 1012649

 



 

M E M O R A N D U M   O P I N I O N

Appellant entered a guilty plea to unauthorized use of a
motor vehicle.  In accordance with the
terms of a plea bargain agreement with the State, the trial court sentenced
appellant on May 31, 2005, to confinement for twelve and one-half years in the
Institutional Division of the Texas Department of Criminal Justice.  Appellant filed a pro se notice of
appeal.  Because appellant has no right
to appeal, we dismiss.  








The trial court entered a certification of the defendant=s right to appeal in which the court
certified that this is a plea bargain case, the defendant waived any appeal and
has no right of appeal.  See Tex. R. App. P. 25.2(a)(2).  The trial court=s certification is included in the
record on appeal.  See Tex. R. App. P. 25.2(d).

Accordingly, we dismiss the appeal.  

 

PER CURIAM

 

Judgment rendered and Memorandum
Opinion filed September 29, 2005.

Panel consists of Chief Justice
Hedges and Justices Yates and Anderson.

Do Not Publish C Tex. R. App.
P. 47.2(b).